**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Cobbler Nevada, LLC, | ) |
| | ) |
| | ) Case No.: 15-cv-12776 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-30, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice as to the following Defendants identified in Plaintiff's Complaint: Does 1-25 and 27-30.

DATED: December 2, 2015          Respectfully submitted,

                                  Cobbler Nevada, LLC

                                  By:  s/Paul J. Nicoletti
                                       Paul Nicoletti (P-44419)
                                       NICOLETTI LAW, PLC
                                       33717 Woodward Avenue, Ste. #433
                                       Birmingham, MI 48009
                                       Landline: (248) 203-7800
                                       eFax: (248) 928-7051
                                       Email: pauljnicoletti@gmail.com
                                       http://www.nicolettilawplc.com

                                       ATTORNEY FOR PLAINTIFF